```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DANIEL J. BRODERICK, Bar #89424
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  RAYMOND PAUL JONES
 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,   ) No. CR-S-05-278-EJG
                                )
13             Plaintiff,       ) STIPULATION CONTINUING STATUS
                                ) CONFERENCE AND EXCLUDING TIME;
14        v.                    ) and PROPOSED ORDER
                                )
15  RAYMOND PAUL JONES,         )
                                )
16             Defendant.       )
                                ) Judge:   Hon. Edward J. Garcia
17  _____)

18
```

19      This case is currently scheduled for a status conference on

20 September 23, 2005.  Mr. Jones and his counsel have reviewed the

21 discovery provided by the government and are in the process of

22 obtaining additional information that will be provided to the

23 government upon receipt.  Once that is done, the parties, through their

24 respective counsel, will meet and confer and anticipate a resolution of

25 this case.  However, additional time is needed to accomplish this.

26      The parties, through their respective counsel, hereby stipulate

27 and agree that the status conference scheduled in this case for

28

1  September 23, 2005, be continued until October 7, 2005.  In addition,
2  the parties stipulate that the time period from September 23, 2005, to
3  October 7, 2005, be excluded under the Speedy Trial Act (18 U.S.C.
4  §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide
5  defense counsel with the reasonable time to prepare.
6     A proposed order is attached and lodged separately for the court's
7  convenience.
8  DATED: September 22, 2005            Respectfully submitted,
9  McGREGOR W. SCOTT                    QUIN DENVIR
   United States Attorney               Federal Defender
10
11
    /s/ Carolyn K. Delaney               /s/ Daniel J. Broderick
12 CAROLYN K. DELANEY                   DANIEL J. BRODERICK
   Assistant U.S. Attorney              Chief Assistant Federal Defender
13 Attorney for United States           Attorneys for RAYMOND JONES

28 Stip. To Continue Status            2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-278-EJG |
| Plaintiff, | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE AND EXCLUDING TIME |
| v. | ) |
| RAYMOND PAUL JONES, | ) |
| Defendant. | ) |
| _____ | ) |

For the reasons set forth in the stipulation of the parties, filed on September 22, 2005, IT IS HEREBY ORDERED that the status conference currently scheduled for September 23, 2005, be continued until Friday, October 7, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 22, 2005, stipulation, the time under the Speedy Trial Act is excluded from September 22, 2005, through October 7, 2005, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 22 , 2005          /S/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    UNITED STATES DISTRICT JUDGE

Stip. To Continue Status          1