```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DANIEL J. BRODERICK, Bar #89424
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  RAYMOND PAUL JONES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-278-EJG |
|---|---|
| Plaintiff, | ) STIPULATION VACATING STATUS<br>) CONFERENCE AND EXCLUDING TIME; |
| v. | ) AND ORDER |
| RAYMOND PAUL JONES, | ) |
| Defendant. | ) |
| _____ | ) Judge:   Hon. Edward J. Garcia |

This case is currently scheduled for a status conference on November 4, 2005. Mr. Jones and the government have reached a plea agreement in this case, whereby Mr. Jones will plead guilty to a superseding information and the indictment in this case will be dismissed. The change of plea is scheduled for Wednesday, November 9, 2005, at 2:00 p.m. before duty magistrate judge Dale A. Drozd. The parties will notify this Court when judgment and sentencing have been completed in the magistrate judge's court, so that the pending case before this Court may be dismissed.

1

1    The parties, through their respective counsel, hereby stipulate
2 and agree that the status conference scheduled in this case for
3 November 4, 2005, be taken off calendar, and that the time period from
4 today, November 1, 2005, until November 9, 2005, be excluded under the
5 Speedy Trial Act (18 U.S.C. §3161(h)(1)(I) and Local Code 7), due to
6 the need for the magistrate court to consider the parties proposed plea
7 agreement.

8    A proposed order is attached and lodged separately for the court's
9 convenience.

10 DATED: November 1, 2005                Respectfully submitted,

11 McGREGOR W. SCOTT                      QUIN DENVIR
   United States Attorney                 Federal Defender


    /s/ Carolyn K. Delaney                 /s/ Daniel J. Broderick
14 CAROLYN K. DELANEY                     DANIEL J. BRODERICK
   Assistant U.S. Attorney                Chief Assistant Federal Defender
15 Attorney for United States             Attorneys for RAYMOND JONES

Stip. To Vacate Status Conf.        2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-278-EJG |
| ) | |
| Plaintiff, ) | ORDER VACATING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| ) | |
| RAYMOND PAUL JONES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on November 1, 2005, IT IS HEREBY ORDERED that the status conference currently scheduled for November 4, 2005, is vacated. The parties will notify this Court when judgment and sentencing have been completed in the magistrate judge's court, so that the pending case before this Court may be dismissed.

IT IS FURTHER ORDERED that, for the reasons stated in the parties' November 1, 2005, stipulation, the time under the Speedy Trial Act is excluded from November 1, 2005, through November 9, 2005, pursuant to 18 U.S.C. §3161(h)(1)(I) and Local Code 7, due to the need for the magistrate court to consider the parties proposed plea agreement.

Dated: November 2, 2005         /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE

Stip. To Vacate Status Conf.        1