```
QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAYMOND PAUL JONES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-278-EJG-DAD |
| Plaintiff, | STIPULATION MODIFYING SENTENCING SCHEDULE AND ORDER |
| v. | |
| RAYMOND PAUL JONES, | |
| Defendant. | Judge: Hon. Dale A. Drozd |

A presentence and sentencing schedule was originally issued by this Court on November 9, 2005. Because of unanticipated logistical problems, the meeting between Mr. Jones and the Probation office was not completed until December 9, 2005. Thus, the probation office needs additional time to prepare a draft presentence report. In light of this, the parties stipulate to modify the sentencing schedule as follows:

    The proposed Pre-sentence report shall be disclosed to Counsel no later than: December 20, 2005;

1

Counsel's written objections to the Pre-sentence report shall be delivered to the Probation Officer and opposing counsel no later than:   January 3, 2006;

The Pre-Sentence report shall be filed with the court and disclosed to counsel no later than:   January 11, 2006;

Motion for correction of the Pre-Sentence Report shall be filed with the court and served upon the Probation Office and opposing counsel no later than:   January 17, 2006;

Judgment and sentencing date:   January 24, 2006, at 10:00 a.m.

A proposed order to this effect is attached.

DATED: December 12, 2005                Respectfully submitted,

McGREGOR W. SCOTT                       QUIN DENVIR
United States Attorney                  Federal Defender


 /s/ Carolyn K. Delaney                  /s/ Daniel J. Broderick
CAROLYN K. DELANEY                      DANIEL J. BRODERICK
Assistant U.S. Attorney                 Chief Assistant Federal Defender
Attorney for United States              Attorneys for RAYMOND JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-278-EJG-DAD |
| Plaintiff, | ) ORDER MODIFYING SENTENCING ) SCHEDULE |
| v. | ) |
| RAYMOND PAUL JONES, | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to the December 12, 2005, stipulation of the parties modifying the sentencing schedule in this case, and for the reasons therein, IT IS HEREBY ORDERED that the sentencing schedule in this case shall be modified as follows:

    The proposed Pre-sentence report shall be disclosed to Counsel no later than:   December 20, 2005;

    Counsel's written objections to the Pre-sentence report shall be delivered to the Probation Officer and opposing counsel no later than:   January 3, 2006;

    The Pre-Sentence report shall be filed with the court and disclosed to counsel no later than:   January 11, 2006;

    Motion for correction of the Pre-Sentence Report shall be filed with the court and served upon the Probation Office and opposing counsel no later than:   January 17, 2006;

    Judgment and sentencing date:   January 24, 2006, at 10:00 a.m.

A copy of this order shall be served upon U. S. Probation Officer Scott W. Storey.

DATED: December 12, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jones0278.stipord