1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  Suite 10-100
   501 I Street
4  Sacramento, California  95814
   Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S. NO. 05-278 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RAYMOND PAUL JONES, | ) | |
| Defendant. | ) | |

**ORDER**

Having considered the government's motion, it is hereby ordered that the Indictment currently pending against defendant Raymond Paul Jones be dismissed.

Dated: February 1, 2006

/s/ Edward J. Garcia
EDWARD J. GARCIA
U. S. DISTRICT JUDGE

1